THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Reynaldo
 Gonzalez, Appellant.
 
 
 
 
 

Appeal From Anderson County
 J. C. Buddy Nicholson, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-405   
 Submitted September 1, 2010  Filed
September 16, 2010

AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Senior Assistant Attorney General Norman Mark Rapoport, of
 Columbia; and Solicitor Christina Theos Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Reynaldo Gonzalez appeals his aggregate
 sixteen-and-a-half-year sentence for trafficking methamphetamine, conspiracy to
 traffic methamphetamine, and possession of crack-cocaine, arguing the trial
 court erred in sentencing him
 to more than fifteen years' imprisonment when the State retracted a plea offer
 for fifteen years' imprisonment before completely complying with his discovery
 requests.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  In re M.B.H., 387 S.C. 323, 326, 692 S.E.2d 541, 542 (2010) (stating the
 trial court has broad discretion in sentencing within statutory limits and a
 sentence will not be overturned absent an abuse of discretion when the ruling
 is based on an error of law or factual conclusion lacking evidentiary
 support);  S.C. Code Ann. § 44-53-375(C)(2)(a) (Supp. 2009) (mandating a
 sentence between seven and twenty-five years' imprisonment for trafficking
 between twenty-eight and one hundred grams of methamphetamine).
AFFIRMED.
FEW, C.J., HUFF and
 GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.